1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9 United States of America, | **NO. CV-20-00026-PHX-MTL** |
| 10         Plaintiff, | |
| 11 v. | **CLERK'S ENTRY OF DEFAULT** |
| 12 Dennis J Sprenger, et al., | |
| 13         Defendants. | |
| 14 | |

15       Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon

16 application by the Plaintiff, default is hereby entered against Defendants Dennis J.

17 Sprenger and DiTech Financial LLC.

18 DEFAULT ENTERED this 6th day of May, 2020.

19                       Debra D. Lucas
                      Acting District Court Executive/Clerk of Court

20

21 May 6, 2020

22                       s/ E. Aragon
          By   Deputy Clerk

23
24
25
26
27
28