First American Title 575
229-177-1016087-575

WHEN RECORDED RETURN TO;
BANK OF ARIZONA
4110 NORTH SCOTTSDALE ROAD, #300
SCOTTSDALE, ARIZONA 85251



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
96-0824104   11/22/96   04:25
TAMMY   123 OF 138

## ASSIGNMENT OF DEED OF TRUST

LOAN NO. 802035-001    By Corporation or Partnership

Date: NOVEMBER 20, 1996

    FOR VALUABLE CONSIDERATION, **BANK OF ARIZONA**, A CORPORATION under the laws of THE STATE OF ARIZONA, Assignor (whether one or more), hereby sells, assigns and transfers to
COUNTRYWIDE HOME LOANS, INC.,

155 NORTH LAKE AVENUE
PASADENA, CA 91109                                                          , Assignee (whether one or more), the Assignor's Interest in the Deed of Trust dated NOVEMBER 20, 1996 executed by
DENNIS J. SPRENGER, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY,

as Trustor, to the BANK OF ARIZONA, as Beneficiary, and recorded concurrently in the office of the County Recorder of
MARICOPA County, Arizona, together with all right and interest in the note and obligations therein specified and the debt thereby secured. Assignor covenants with Assignee, its successors and assigns, that there is still due and unpaid of the debt secured by the Deed of Trust the sum of ONE HUNDRED EIGHTY-ONE THOUSAND ONE HUNDRED AND 00/100    DOLLARS, with interest due thereon from the date of funding, and that Assignor has good right to sell, assign and transfer the same.

The property specified above is described as follows:
LOT 64, OF PALOS VERDES RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 405 OF MAPS, PAGE 1 AND CERTIFICATE OF CORRECTION RECORDED NOVEMBER 5, 1995 IN 95-703209 OF OFFICIAL RECORDS.

BANK OF ARIZONA
AN ARIZONA CORPORATION

By _____
WILLIAM TREBILCOCK
SR. VICE PRESIDENT

By _____
SHERRY CHAPPELL
VICE PRESIDENT OF OPERATIONS

STATE OF ARIZONA    }
                    } ss.
COUNTY OF MARICOPA  }

   On this 20TH day of NOVEMBER, 1996, before me, a Notary Public in and for said MARICOPA County, personally appeared WILLIAM TREBILCOCK known to me to be the SR. VICE PRESIDENT and, SHERRY CHAPPELL known to me to be the VICE PRESIDENT OF OPERATIONS of Bank of Arizona, the Corporation that executed the within instrument, and also known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) who executed the within instrument, on behalf of the Corporation herein named, and acknowledged to me the Corporation executed the same.

_____
Notary Public in and for said County and State

OFFICIAL SEAL
DONNA M. WITKOSKE
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 2, 1999

My Commission Expires: 11-2-99

BAASSIGN