```
                                          OFFICIAL RECORDS OF
                                         MARICOPA COUNTY RECORDER
                                               HELEN PURCELL
                                         20130829491  09/16/2013  10:17
                                               PAPER RECORDING

                                         0818232-1-25-20
                                         rogersj
```

Recording Requested By:
**Bank of America**
Prepared By: **Marcus Jones**
**800-444-4302**

When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

DocID# 135327371478314

Property Address:
**5108 EAST Juniper AVENUE**
**Scottsdale, AZ 85254-1067**

AZ0-ADT 25700702   7/30/2013  GT0531D

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **GREEN TREE SERVICING LLC** whose address is **7360 S. KYRENE ROAD, TEMPE, AZ 85283** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Original Lender: | BANK OF ARIZONA, AN ARIZONA CORPORATION |
| Borrower(s): | DENNIS J. SPRENGER, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY |
| Original Trustee: | FIRST AMERICAN TITLE INSURANCE COMPANY, A CALIFORNIA CORPORATION |

Date of Deed of Trust: **11/20/1996**   Original Loan Amount: **$181,100.00**

Recorded in **Maricopa County, AZ** on: **11/22/1996**, book N/A, page N/A and instrument number **96-0824103**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on **7-30-13**

COUNTRYWIDE HOME LOANS, INC.

By: _Jacob A. Talkington_
      Jacob A. Talkington,
      Assistant Vice President

State of TX, County of **DALLAS**

On **JUL 3 0 2013**, before me, **LAUNI DEE COOPER**, a Notary Public, personally appeared **Jacob A. Talkington**, **Assistant Vice President** of COUNTRYWIDE HOME LOANS, INC. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_Launi Cooper_
Notary Public:   **LAUNI DEE COOPER**
My Commission Expires: **JUL 0 8 2014**

```
LAUNI DEE COOPER
Notary Public, State of Texas
My Commission Expires
July 08, 2014
```