# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Dennis J Sprenger, et al.,<br><br>    Defendants. | No. CV-20-00026-PHX-MTL<br><br>**ORDER** |

Before the Court is the United States' Request for Hearing Date (Doc. 21). The United States has moved to substitute New Residential Mortgage LLC as a party in this action for Defendant Ditech Financial LLC pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. (Doc. 20.) At this time, the Court makes no findings with respect to whether substitution is warranted, but the Court will grant the United States' Request for Hearing. Accordingly,

**IT IS ORDERED granting** the United States' Request for Hearing Date (Doc. 21) and setting a hearing on the Motion to Substitute (Doc. 20) for **Friday, March 5, 2021 at 10:00 AM**, in Courtroom 504. Counsel are permitted to appear in person or telephonically. Call-in instructions will be provided to the parties via e-mail.

**IT IS FURTHER ORDERED** that the United States shall notify the Court of compliance with Rule 25(a)(3) by filing proof of service no later than **February 8, 2021**.

**IT IS FINALLY ORDERED** that, if New Residential Mortgage LLC opposes the Motion to Substitute (Doc. 20), New Residential Mortgage LLC shall respond in writing

to the Motion to Substitute no later than **February 22, 2021**.

Dated this 4th day of November, 2020.

_____
Michael T. Liburdi
United States District Judge